# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **United States of America** | **Criminal No: 06-60021-06** |
| **versus** | **Judge Tucker L. Melançon** |
| **Winters, et al**<br>*defendant Chad Zeno* | **Magistrate Judge Hill** |

## JUDGMENT

The Court is in receipt of United States Magistrate Judge C. Michael Hill's Report and Recommendation [Rec. Doc. 151] regarding the Motion to Suppress [Rec. Doc. 64] filed by defendant Chad Zeno, and the government's Opposition thereto [Rec. Doc. 78]. The Court, after having conducted an independent review of the record, including the objections filed by defendant [Rec. Doc. 152], has determined that the findings and recommendations are correct under the applicable law. Therefore, for the reasons stated in Judge Hill's Report and Recommendation, it is

ORDERED that the Motion to Suppress [Rec. Doc. 64] be GRANTED in part as to the items seized in the search of the premises located at 1121 South Magnolia Street, Lafayette, Louisiana on November 20, 2003.

IT IS FURTHER ORDERED that the Motion is DENIED in part as to the evidence obtained from the search of the defendant's person and the vehicle he was

driving on August 18, 2005; the items seized from defendant's vehicle on October 14, 2004; and the items seized from the search of defendant's vehicle on May 17, 2000.

Thus done and signed in Lafayette, Louisiana, this 8th day of January, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE